UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEAH DOYAL,

    Plaintiff,

v.                                                                      CASE NO. 3:10-cv-01042-TJC-TEM

PROFESSIONAL DEBT MEDIATION, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LEAH DOYAL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: February 24, 2011                           RESPECTFULLY SUBMITTED,

                                                                                        By: /s/ James Pacitti
                                                                                        James Pacitti (FBN: 119768)
                                                                                        Krohn & Moss, Ltd
                                                                                       10474 Santa Monica Blvd, Suite 401
                                                                                       Los Angeles, CA 90025
                                                                                       (323) 988-2400 x 230
                                                                                       (866) 802-0021 (fax)
                                                                                       jpacitti@consumerlawcenter.com
                                                                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, James Pacitti, certify that a true and correct copy of the foregoing was served electronically via the court's CM/ECF system upon all counsel of record including the following:

Jamie W. Olinto, Esq.
Volpe, Bajalia, Wickes,
Rogerson & Wachs, P.A.
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202
jolinto@vbwr.com

Dated: February 24, 2011                By:/s/ James Pacitti
                                        James Pacitti
                                        Attorney for Plaintiff