UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEAH DOYAL,

    Plaintiff,

v.                                           CASE NO. 3:10-cv-01042-TJC-TEM

PROFESSIONAL DEBT MEDIATION, INC.,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, LEAH DOYAL, and Defendant, PROFESSIONAL DEBT MEDIATION, INC., stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, LEAH DOYAL, against Defendant, PROFESSIONAL DEBT MEDIATION, INC. in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

This 26th day of April, 2011.                  This 26th day of April, 2011.

| | |
|---|---|
| /s/ James Pacitti | /s/ Jamie W. Olinto |
| James Pacitti | Jamie W. Olinto |
| Florida Bar No: 119768 | Florida Bar No: 85179 |
| Krohn & Moss, Ltd. | Michael L. Duncan |
| 10474 Santa Monica Boulevard | Florida Bar No: 50946 |
| Suite 401 | Volpe, Bajalia, Wickes, Rogerson & Wachs |
| Los Angeles, CA 90025 | 501 Riverside Avenue, 7th Floor |
| Tel: 323-988-2400 | Jacksonville, FL 32202 |
| Fax: 866-385-1408 | Tel: 904-355-1700 |
| jpacitti@consumerlawcenter.com | Fax: 904-355-1797 |
| Attorneys for Plaintiff | mduncan@vbwr.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I, James Pacitti, certify that a true and correct copy of the foregoing was served electronically via the court's CM/ECF system upon all counsel of record including the following:

Jamie W. Olinto, Esq.
Volpe, Bajalia, Wickes,
Rogerson & Wachs, P.A.
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202
jolinto@vbwr.com

Dated: April 26, 2011                    By:/s/ James Pacitti
                                               James Pacitti
                                               Attorney for Plaintiff