**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LEAH DOYAL,

               Plaintiff,

vs.                                      Case No.  3:10-cv-1042-J-32TEM

PROFESSIONAL DEBT MEDIATION,
INC.,

               Defendant.

## ORDER

Upon review of the plaintiff's Notice of Settlement (Doc. 9) and the parties' joint Stipulation of Dismissal (Doc. 10), this case is dismissed with prejudice.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of May, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record